IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES E. SHERROD, | ) | CASE NO. 4:07CV3216 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DIANE SABATKA-RINE, | ) | |
| | ) | |
| Respondent. | ) | |

The respondent's motion to substitute Robert Houston, Director, State of Nebraska Department of Correctional Services (DCS) for Diane Sabatka-Rine as respondent in this case, (Filing No. 10), is granted.

IT IS ORDERED:

1. The respondent's motion to substitute the name of the respondent (Filing No 10) is granted; and

2. The Clerk will substitute the name of Robert Houston, Director, State of Nebraska Department of Correctional Services (DCS) for Diane Sabatka-Rine, as respondent.

DATED this 29th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge